# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TIWANDA RICHARDSON,** *et al.*, | : |
| **Plaintiffs,** | : |
| vs. | : CIVIL ACTION NO. 04-0636-CG-C |
| **COA, LLC, a/k/a CHURPEYES OF ALABAMA,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

As the court has received no response to its order of May 2, 2005, (Doc. 17), the plaintiffs' claims against defendants Harold Askew and Larry Jones are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

**DONE and ORDERED** this 25th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE